# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** Boston  **Category No.** III  **Investigating Agency** DEA

**City:** Boston
**County:** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. ____  Case No. ____
Same Defendant ____  New Defendant ____
Magistrate Judge Case Number: 23-5235-JGD
Search Warrant Case Number: see below
R 20/R 40 from District of ____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 22-cr-10185-IT   ☑ Yes  ☐ No

Defendant Name: Lifeng Wu  Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: ____
Address: Calgary Canada

Birth date (Yr only): ____  SSN (last 4#): ____  Sex: M  Race: A  Nationality: Chinese

**Defense Counsel if known:** Michael Freedman  Address: 1801 Century Park East, Suite 450
Bar Number: ____  Los Angeles, California

**U.S. Attorney Information**

AUSA: Lauren A. Graber and Charles Dell'Anno  Bar Number if applicable: 679226

**Interpreter:** ☐ Yes  ☑ No  List language and/or dialect: ____

**Victims:** ☐ Yes  ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☐ Warrant Requested  ☑ Regular Process  ☐ In Custody

**Location Status:** On release
**Arrest Date:** 4/15/23

☐ Already in Federal Custody as of ____ in ____
☐ Already in State Custody at ____  ☐ Serving Sentence  ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: Hon. Judith G. Dein  on May 18, 2023

**Charging Document:** ☐ Complaint  ☑ Information  ☐ Indictment
**Total # of Counts:** ☐ Petty ____  ☐ Misdemeanor ____  ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/5/2024  Signature of AUSA: _[signature]_

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Lifeng Wu

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1956(h) | Money laundering conspiracy | 1 |
| Set 2 | 18 U.S.C. § 1960 | Conducting unlicensed money transmitting business | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

21-6061&6064-MPK; 21-6176-6177-MPK; 21-6236-6237-MPK; 21-6275-6277-MPK;
21-6283-6284-MPK; 21-6340-6343-MPK; 21-6507-MPK; 21-6579&6592-6593-MPK;
21-6596-6599-MPK; 21-6631-6636-MPK;21-6676-6687-MPK; 21-6688-6689-MPK; 21-SW-573-LDA
(D.R.I.); 22-6020-6024-MPK; 22-6026-6027-MPK; 22-6028-MPK;22-6183-6184-MPK;
22-5182-5186-JGD; 22-5218-JGD